FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the United States District Court for the Middle District of North Carolina



FILED JUL 20 2018

RICKY M. INGRAM

(Enter above full name of plaintiff—only one plaintiff permitted per complaint)

18CV643

v.

GREGORY DAVIS, ESQ ASSISTANT FEDERAL PUBLIC DEFENDER AND ITS OFFICE AND SUPERVISOR THE FEDERAL BAR ASSOCIATION AND ITS SUPERVISOR AND THE N.C STATE BAR AND ITS SUPERVISOR

(Enter above full name of defendant or defendants)

I. Previous law suits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to previous lawsuit:
         Plaintiffs: N/A
         Defendants: N/A
      2. Court (if federal court, name the district; if state court, name the county): N/A
      3. Docket number: N/A
      4. Name of judge assigned to case: N/A
      5. Disposition (for example, was the case dismissed? appealed? is it still pending?) N/A
      6. Approximate date of filing lawsuit: N/A

II. Previous *in forma pauperis* lawsuits

   A. While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed *in forma pauperis* (without prepayment of fees)?
      (✓) Yes  ( ) No
      1. Name the court and docket number for each: U.S DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA WESTERN DIVISION NO. 5:18-CT-3120-BO

B. Were any of these cases dismissed under 28 U.S.C. § 1915(d) on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted? Yes ( ) No (✓)
   1. If yes, how many? N/A
   2. Name the court and docket number for each: N/A
      N/A
      N/A

III. Exhaustion of Inmate Administrative Remedies

   A. Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure? Yes (✓) No ( )
   B. If your answer is Yes:
      1. When did you file your grievance? YEARS PRIOR TO TODAYS DATE
      2. What was your grievance? IDENTICAL TO THE MERITS OF THIS COMPLAINT
      3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes (✓) No ( )
         If yes, when was the decision and what was the result? YEARS PRIOR TO TODAYS DATE DENYING ANY RELIEF
   C. If your answer to A is no, identify the claim(s) and explain why not: EXHAUSTED AS INDICATED ABOVE

IV. Parties

   A. Plaintiff(s)

      Name of plaintiff: RICKY M. INGRAM
      Current address (place of confinement): FCI #2, P.O. BOX 1500 BUTNER N.C. 27509
      (You may lose important legal rights unless you immediately notify the court of any address change.)

   B. Defendant(s)   (NOTICE: A person must be identified in this subsection B in order to be considered and served as a defendant.)

      Name of defendant 1: GREGORY DAVIS ESQ
      Position: ASSISTANT FED PUBLIC DEFENDER
      Place of employment: 251 N. MAIN ST, SUITE 849, WINSTON SALEM NC 27101
      Current address: ABOVE

      Additional defendant(s) (provide name, position, place of employment, and current address for each)
      Defendant 2: FED BAR ASSOCIATION AND ITS OFFICE AND SUPV
      Defendant 3: THE STATE BAR ASSOCIATION AND ITS OFFICE AND SUPV
      Defendant 4:

-2-

(Continue on a separate sheet if necessary.)

V. Statement of Claim

State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section III.B. above is personally involved in depriving you of your rights. Include relevant times, dates, and places. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach extra sheets if necessary.)

GREGORY DAVIS ESQ REPRESENTED ME IN REFERENCE TO THE CONVICTION IN WHICH LEAD TO MY CURRENT INCARCERATION. PRIOR TO CONTINUING WITH THE FINAL PHASES OF THIS CONVICTION DEFENDANT DAVIS WAS ADVISED AND FORMERLY INFORMED THAT THE PROSECUTING UNITED STATES ATTORNEY'S STATE BAR LICENSE WAS SUSPENDED. WITH THIS KNOWLEDGE DEFENDANT DAVIS ALLOWED MY PROSECUTION TO CONTINUE WITHOUT FILING ANY OBJECTIONS TO THIS UNLAWFUL PROCEDURE. AGAIN ON APPEAL I PERSONALLY ADVISED DEFENDANT DAVIS TO RAISE OR HAVE APPELATE COUNSEL TO RAISE THIS ISSUE ON APPEAL. DEFENDANT DAVIS STATED THAT "HE WOULD NOT BRING THE ISSUE TO APPELATE COUNSELS ATTENTION OR RAISE IT HIMSELF ON APPEAL", STATING IT "DOES NOT MATTER." DEFENDANT DAVIS DENIED ME MY RIGHT TO DUE PROCESS OF LAW AS STATE IN U.S V HOFFMAN 733 F2D 596 "THE RIGHT TO COUNSEL MEANS RIGHT TO BE REPRESENTED BY LICENSED ATTORNEYS" ALSO SEE MITCHELL V. MASON 325 F3D 732 WHERE THE COURT HELD "A COMPLETE DENIAL OF COUNSEL WHERE ATTORNEY HAS BEEN SUSPENDED FOR A MONTH BEFORE"

CLAIM #2  DEFENDANT FEDERAL PUBLIC DEFENDER AND ITS OFFICE WERE REQUIRED TO ASSURE AND KEEP RECORDS AND UPDATES TO MANDATE THE STATUS OF ITS EMPLOYEE LICENSES. THE DEFENDANT ARE AS LIABLE FOR DAMAGES AS DEFENDANT DAVIS VIA FAILURE TO PROPERLY TRAIN AND SUPERVISE ITS SUBORDINATES

CLAIM #3 THE DEFENDANTS FEDERAL BAR AND STATE BAR ASSOCIATIONS AND ITS SUPERVISORS ARE ADDITIONALLY LIABLE FOR DAMAGES AS THEY FAILED TO RELAY TO DEFENDANT DAVIS AND/OR HIS SUPERVISOR THAT SAMES LICENSE HAD BEEN SUSPENDED AND THAT ANY FURTHER PRACTICE WAS UNLAWFULL.

## VI. Relief

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENTS. CITE NO CASES OR STATUTES.

ISSUE AN ORDER GRANTING ONE MILLION DOLLARS IN DAMAGES PER YEAR PER PLAINTIFFS PERIOD OF INCARCERATION FROM EACH DEFENDANT

ISSUE AN ORDER GRANTING A TRIAL BY JURY ON ALL TRIABLE ISSUES.

ISSUE AN INJUCTION FOR STAY OF ANY FURTHER UNLAWFULL IMPRISONMENT PENDING THIS LITIGATION

Signed this 17TH day of JULY, 2018.

Prison No. 23573-057    Signature Ricky Ingram

-4-